JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| G & G Closed Circuit Events, LLC, | CASE NO. 5:20-cv-01100-WDK-JC |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JAVIER ALFARO, ANDRES ALFARO, LEONELA ALFARO, SARA ALFARO LOUPE, AND LA LEY AD VENTURES, INC.** |
| vs. | |
| Dilsa Nunez Duarte, et al, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and Defendants JAVIER ALFARO, ANDRES ALFARO, LEONELA ALFARO, SARA ALFARO LOUPE, and LA LEY AD VENTURES, INC., that the above-entitled action is hereby dismissed **with prejudice** against JAVIER ALFARO, ANDRES ALFARO, LEONELA ALFARO, SARA ALFARO LOUPE, and LA LEY AD VENTURES, INC.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**ORDER RE:**
**STIPULATION OF DISMISSAL**
**Case No. 5:20-cv-01100-WDK-JC**
**PAGE 1**

**IT IS SO ORDERED**:

Dated: _____3-1-2022_____

**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

**PROPOSED ORDER RE:**
**STIPULATION OF DISMISSAL**
**Case No. 5:20-cv-01100-WDK-JC**
**PAGE 2**